Entered: February 21st, 2025
Signed: February 21st, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **24–17557 – LSS**   Chapter: **13**

**Charles Edwin Neal**
Debtor

## COURT INSTRUCTION

The relief requested at docket entry 31 is neither granted nor denied. It is hereby ORDERED, that the Court will not consider granting the Motion to Reconsider unless Debtor files all missing documents within 14 days of the entry of this Order.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Rebecca A. Herr

**End of Order**